# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cr-338-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| GREGORY DONEAL MACK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Amend/Correct Judgment, (Doc. No. 22). The Government has responded and does not oppose the motion.

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that the defendant's Motion to Modify is **HEREBY GRANTED**. The defendant's terms and conditions of home confinement are modified to permit travel to and from his employment and travel to visit defendant's mother in South Carolina.

Signed: October 6, 2020

Max O. Cogburn Jr.
United States District Judge